
OCT 18 2017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Brett Michael Kaplan, DEFENDANT(S). | CASE NUMBER SACR 17-133-JVS |
|---|---|
|  | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Friday, 10/20/2017__, at __9:00__ ☒a.m. / ☐p.m. before the Honorable __Scott__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __10/18/17__

_____
U.S. District Judge/Magistrate Judge

**KAREN E. SCOTT**