NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
ROBERT J. KEENAN (Bar No. 151094)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
411 W. Fourth Street
Suite 8000
Santa Ana, California  92701
Telephone:  (714) 338-3597
Facsimile:  (714) 338-3708
E-Mail:     Rob.Keenan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. SA CR 17-133-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S POSITION STATEMENT REGARDING PRE-SENTENCE REPORT AND SENTENCING OF DEFENDANT BRETT MICHAEL KAPLAN |
| v. | |
| BRETT MICHAEL KAPLAN, | [Fed. R. Crim. P. 32(f)(1)] |
| Defendant. | DATE:    September 10, 2018<br>TIME:    9:30 a.m.<br>PLACE:   Courtroom 10-C<br>EST:     20 minutes |

**INTRODUCTION**

On May 9, 2018, defendant BRETT MICHAEL KAPLAN pled guilty to Counts 1-13 of the fourteen-count Indictment, namely, (a) twelve counts of Bank Fraud, in violation of 18 U.S.C. § 1344; and (b) one count of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).

Defendant pleaded guilty pursuant to a plea agreement. In Paragraph 3(d) of the plea agreement, the government agreed to "[r]ecommend that defendant be sentenced on Counts ONE through THIRTEEN to a total term of imprisonment of 32-months' imprisonment, that is, eight months' imprisonment on Counts ONE through TWELVE, followed by the mandatory minimum consecutive sentence of two-years' imprisonment on Count THIRTEEN. (See Plea Agmt. at 3.) As the agreement notes, the government's "recommendation of eight months' imprisonment on the Bank Fraud counts is below the expected advisory range under the Sentencing Guidelines, but the recommendation is intended to reflect credit for time served by defendant regarding related offenses (Cal. Pen. Code §§ 530.5, 484E(a), and 484E(d)) not charged in this case, for which he received a sentence of 16 months' jail in People v. Brett Michael Kaplan, Los Angeles Sup. Ct. (Pomona), Case No. POMKA11095401." The government also agreed to move for dismissal of the second § 1028A offense charged in Count FOURTEEN. (Id. at 4.)

Pursuant to the plea agreement and 18 U.S.C. § 3553(a), the government hereby recommends the following sentence: (a) a term of **32-months' imprisonment**, that is, eight months' imprisonment on Counts ONE through TWELVE, followed by the mandatory minimum consecutive sentence of two-years' imprisonment on Count THIRTEEN;

(b) a **3-year term of supervised release** on all of the conditions recommended by the U.S. Probation Office ("USPO") in its July 27, 2018 letter (CR 38); and (c) a **$1,300 special assessment**.  At the end of the sentencing hearing, the government will also move for dismissal of Count 14.

### USPO'S SENTENCING CALCULATIONS & RECOMMENDATION

As to Counts ONE through TWELVE, the Pre-Sentence Report states that defendant's Total Offense Level is 13.  (PSR ¶¶ 46, 136.)  The PSR further states that defendant has 17 criminal history points, which places him within Criminal History Category VI.  (PSR ¶¶ 66, 136.)  Based on these findings, the Guidelines' advisory sentencing range for Counts ONE through TWELVE is 33-41 months.  (PSR ¶ 136.)

Count THIRTEEN requires imposition of a mandatory minimum sentence of two-years' imprisonment, which must run consecutively to the term imposed on the other counts of conviction.  See PSR ¶¶ 134-35; 18 U.S.C. § 1028A(a)(1).

The USPO recommends a total term of 42 months' imprisonment, which includes 18 months' imprisonment on Counts ONE through TWELVE and the extra 24-months' imprisonment on Count THIRTEEN.  (See USPO Ltr. at 2.)

### GOVERNMENT'S RESPONSE TO PRE-SENTENCE REPORT

**A.   Factual Statements**

The government has no objection to any of the factual statements set forth in PSR ¶¶ 1-30 regarding the proceedings in this case and defendant's offense conduct.

**B.   Offense Level Computation**

The government agrees with the USPO's calculation of the Total Offense Level as to Counts ONE through TWELVE:     13    .

**C. Criminal History Category**

The government <u>agrees</u> with the USPO's calculation of defendant's Criminal History Category: <u>VI</u>.

**D. Departure Issues**

There is no basis for an upward departure under the Guidelines.

**E. Supervised Release**

The government <u>disagrees</u> with the USPO's recommendation of a five-year term of supervised release. The normal term of three-years' supervised release is adequate; five years is excessive.

The government <u>agrees</u> with all of the conditions of supervised release recommended by the USPO. We note that the USPO has modified Condition No. 1 properly to take account of the Ninth Circuit's ruling in <u>United States v. Evans</u>, 883 F.3d 1154 (9th Cir. 2018), which held that certain standard conditions are unconstitutionally vague. (<u>See</u> USPO Ltr. at 3.)

**F. Fine**

The government <u>agrees</u> that the fine should be deemed waived as defendant appears unable to pay a fine.

**G. Restitution**

The government <u>agrees</u> that the amount of restitution is <u>$31,460</u>, payable to Bank of America.

**SENTENCING RECOMMENDATION**

Pursuant to § 3553(a) and the plea agreement, the government hereby recommends the following sentence in this case:

(1) a $1,300 special assessment;

(2) a total term of 32-months' imprisonment in the custody of the Bureau of Prisons, consisting of 8-months' imprisonment on the Bank Fraud

3

        counts (Counts 1-12), followed by 24-months'
        imprisonment for the Aggravated ID Theft count
        (Count 13); and

(3)    a **three**-year term of supervised release on all
        of the conditions recommended by the Probation
        Office.

The government submits, pursuant to 18 U.S.C. § 3553(a), that this recommended sentence is sufficient, but not greater than necessary, to reflect the seriousness of the offense conduct, to promote respect for the law, to provide just punishment, to deter defendant from continuing with his pattern of criminal misconduct, and to deter other persons from committing similar crimes.

### NOTICE OF INTENT TO NOT FILE FURTHER BRIEFING

In accordance with the Court's order regarding briefing for sentencing hearings, the government hereby provides notice that it does not intend to file any response to defendant's sentencing brief.

DATED: August 21, 2018.        NICOLA T. HANNA
                                     United States Attorney

                                     LAWRENCE S. MIDDLETON
                                     Assistant United States Attorney
                                     Chief, Criminal Division

                                       /s/ R.J.K.
                                     ROBERT J. KEENAN
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of Orange County, California.  I am over 18 years of age, and I am not a party to the above-entitled action.  My business address is the United States Attorney's Office, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701.

On this date, August 21, 2018, I served a copy of the attached document, **GOVERNMENT'S POSITION STATEMENT REGARDING PRE-SENTENCE REPORT AND SENTENCING OF DEFENDANT BRETT MICHAEL KAPLAN**, on the assigned U.S. Probation Officer by e-mailing it to the following e-mail address:

**Gregory_Vidana@cacp.uscourts.gov**

I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed on this day, August 21, 2018, at Santa Ana, California.

/s/ R.J.K.
Robert J. Keenan